## CORNELIUS HARGROVE *v.* SUPERIOR COURT OF THE JUDICIAL DISTRICT OF TOLLAND AT ROCKVILLE

The petition by the plaintiff in error for certification for appeal from the Appellate Court, 111 Conn. App. 452 (AC 28776), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Justine F. Miller*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided February 25, 2009

## STATE OF CONNECTICUT *v.* ANDREW J. SIMINAUSKY

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 33 (AC 28965), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided February 25, 2009

## STATE OF CONNECTICUT *v.* JASON SHOLA AKANDE

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 596 (AC 27755), is granted, limited to the following issue: